UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SUPERNOVA SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:10cv319 |
| ) | |
| GREAT AMERICAN BROADBAND, INC., ) | |
| ROBERT L. SCHMIDT, and ) | |
| SUBODH NAYAR, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| GREAT AMERICAN BROADBAND, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD HARNISH, TERRY MILLER and ) | |
| LARRY ROTH, ) | |
| ) | |
| Third-Party Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now the parties, by counsel, and hereby stipulate and agree that the claims in the above action are dismissed with prejudice, the same having been fully compromised and settled, including costs.

| EILBACHER FLETCHER, LLP | BARRETT & McNAGNY LLP |
|---|---|
| By:  /s/ Martin T. Fletcher, Sr. (w/consent)<br>   Martin T. Fletcher, Sr., #6908-02<br>   David E. Bailey, #21527-02<br>   803 South Calhoun Street, Ste. 400<br>   Fort Wayne, IN  46802<br>   Telephone:  (260) 425-9777<br>   Facsimile:  (260) 424-9177 | By:  /s/ Michael H. Michmerhuizen<br>   Michael H. Michmerhuizen, # 22086-02<br>   Thomas P. Yoder, #1429-02<br>   215 East Berry Street<br>   P.O. Box 2263<br>   Fort Wayne, IN  46802-2263<br>   Telephone:  (260) 423-9551<br>   Facsimile:  (260) 423-8920 |
| *Attorneys for Plaintiff and Third-Party Defendants* | *Attorneys for Defendants and Third-Party Plaintiff* |

976208

2